**MARTENSON, HASBROUCK & SIMON LLP**
Patricia E. Simon (GA Bar No. 618233) (*pro hac vice*)
Lisa M. Szafranic (GA Bar No. 532495) (*pro hac vice*)
Alexander W. Simon (SBN 310842)
3379 Peachtree Road, N.E., Suite 400
Atlanta, Georgia 30326
Telephone: (404) 909-8100
Facsimile: (404) 909-8120
pesimon@martensonlaw.com
lmszafranic@martensonlaw.com
asimon@martensonlaw.com

**CAROTHERS DiSANTE & FREUDENBERGER LLP**
Jeremy T. Naftel (SBN 185215)
Janine Braxton (SBN 296321)
900 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 361-0991
Facsimile: (916) 361-1480
jnaftel@cdflaborlaw.com
jbraxton@cdflaborlaw.com

Attorneys for Defendant Genuine Parts Company
d/b/a NAPA Auto Parts

**GAURAV BOBBY KAIRA, ATTORNEY AT LAW**
Gaurav Bobby Kaira
1024 Iron Point Road STE 100
Folsom, California 95630
T: (650) 785-2572
gbklaw@icloud.com

Attorney for Plaintiff J. Kent Hanawalt

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. KENT HANAWALT,<br><br>    Plaintiff,<br><br>    v.<br><br>GENUINE PARTS COMPANY DBA NAPA AUTO PARTS, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:17-cv-01784-WBS-AC<br><br>ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

1

2       Having properly read and considered the Parties' Joint Stipulation of Dismissal with

3   Prejudice. **IT IS HEREBY ORDERED** that the Joint Stipulation of Dismissal with Prejudice is

4   **GRANTED**. **IT IS FURTHER ORDERED** that all parties shall bear their own attorneys' fees

5   and costs.

6

7   IT IS SO ORDERED.

8

9   **Dated:  April 9, 2018**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28